1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
        12631 East Imperial Highway, Suite C-115
3       Santa Fe Springs, CA 90670
        Tel.: (562)868-5886
4       Fax: (562)868-5491
        E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6
   ANDRÉ BIROTTE JR.
7  United States Attorney
   LEON W. WEIDMAN
8  Assistant United States Attorney
   Chief, Civil Division
9  JACOB M. MIKOW, CSBN 238045
10 Special Assistant United States Attorney
        Social Security Administration
11      160 Spear Street, Suite 800
        San Francisco, CA 94105
12      Telephone:  (415) 977-8976
        Facsimile:  (415) 744-0134
13      Email:  jacob.mikow@ssa.gov
14
   Attorneys for Defendant
15
                  **UNITED STATES DISTRICT COURT**
16                **CENTRAL DISTRICT OF CALIFORNIA**
                       **WESTERN DIVISION**
17
   SILVIA SANCHEZ MENDEZ,          ) Case No:  5:12-CV-1116-AGR
18                                 )
              Plaintiff,           )
19                                 ) **JUDGMENT OF REMAND**
         vs.                       )
20                                 )
   CAROLYN W. COLVIN,[1] Acting    )
21 Commissioner of Social Security )
22                                 )
              Defendant.           )
23 ──────────────────────────────  )

24 [1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February
   14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W.
25 Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No
   further action need be taken to continue this suit by reason of the last sentence of section
26 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

                                -1-

1       This Court, having approved the parties' Stipulation to Voluntary Remand

2   Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment lodged

3   concurrently with the Judgment of Remand,

4       IT IS ORDERED that the above-captioned matter is remanded to the

5   Commissioner of Social Security for further proceedings consistent with the terms

6   of the Stipulation to Voluntary Remand.

7

8   DATE: April 23, 2013         _____

9                               THE HONORABLE ALICIA G. ROSENBERG
                                UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-2-