Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
    12631 East Imperial Highway, Suite C-115
    Santa Fe Springs, CA 90670
    Tel.: (562)868-5886
    Fax: (562)868-5491
    E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JACOB M. MIKOW, CSBN 238045
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone:  (415) 977-8976
    Facsimile:  (415) 744-0134
    Email:  jacob.mikow@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SILVIA SANCHEZ MENDEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security<br><br>    Defendant. | Case No:  5:12-CV-1116-AGR<br><br>**JUDGMENT OF REMAND** |

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1     This Court, having approved the parties' Stipulation to Voluntary Remand
2 Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment lodged
3 concurrently with the Judgment of Remand,
4     IT IS ORDERED that the above-captioned matter is remanded to the
5 Commissioner of Social Security for further proceedings consistent with the terms
6 of the Stipulation to Voluntary Remand.

8 DATE: April 23, 2013           _____
                                      THE HONORABLE ALICIA G. ROSENBERG
9                                       UNITED STATES MAGISTRATE JUDGE